UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTH DIVISION

| IRA B. HARRIS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15CV140 SNLJ |
| | ) | |
| GARY KEMPKER, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

Before the Court are plaintiff's motion to amend and motion to supplement the complaint with his grievance appeal.

To obtain leave to file an amended complaint, "a party must submit the proposed amendment along with its motion." *Clayton v. White Hall School Dist.*, 778 F.2d 457, 460 (8th Cir. 1985); *see Wolgin v. Simon*, 722 F.2d 389, 395 (8th Cir. 1983) ("Absent some indication as to what might be added to the complaint to make it viable, the [moving party] is not entitled to leave to amend."). Plaintiff has not submitted a second amended complaint. As a result, the motion is denied.

The motion to supplement is granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to amend [ECF No. 14] is **DENIED.**

**IT IS FURTHER ORDERED** that plaintiff's motion to supplement [ECF No. 15] is **GRANTED**.

Dated this 3rd day of September, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE