UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| IRA B. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15CV140 SNLJ |
| | ) | |
| GARY KEMPKER, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. The Court has twice attempted to serve process on defendant Dr. Nakra. Service was unexecuted on both instances because plaintiff has not provided the Court with the information necessary to execute service.

Under Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff has 120 days from the date the complaint is filed to effectuate service of process. In this case, however, the Court conducted review of the complaint before ordering that the Clerk serve the defendants with the complaint. That Order was filed on August 6, 2015. Running the 120-day period from that date, plaintiff has until December 4, 2015, to provide the Court with Dr. Nakra's full name and an address where he can be served. If plaintiff fails to do so, the Court will dismiss Dr. Nakra from this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must provide the Court with Dr. Nakra's service information before December 4, 2015.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss Dr. Nakra without prejudice.

Dated this 19th day of November, 2015.

_____
STEPHEN N. LIMBAGH, JR.
UNITED STATES DISTRICT JUDGE