UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| IRA B. HARRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:15CV140 SNLJ |
| GARY KEMPKER, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's third motion for appointment of guardian ad litem and motion to supplement.

The Court denied plaintiff's earlier motions for appointment of guardian ad litem because he failed to make a threshold showing of incompetence. Plaintiff has not added any new information showing that he is incompetent. Therefore, the motion is denied.

Plaintiff wishes to supplement the record with several grievances. The motion is granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for guardian ad litem [ECF No. 41] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion to supplement [ECF No. 43] is **GRANTED**.

Dated this 14th day of December, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE