# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| IRA HARRIS, | ) |
| Plaintiff, | ) |
| | ) No. 1:15-cv-140 SNLJ |
| vs. | ) |
| GARY KEMPKER, et al., | ) |
| Defendant. | ) |

## MEMORANDUM and ORDER

Although plaintiff has counsel appointed by the Court to represent his interests in this case, plaintiff filed a motion to re-appoint counsel, motion to appoint guardian ad litem, and motion for protective order (#65, #66, #67). In the parties' Court-ordered status report (#69), they advised that discovery would begin shortly.

As for plaintiff's pro se motion for protective order, the matters discussed in that motion are not properly before the Court. In addition, plaintiff is reminded that he must file documents with the Court through his attorney. That motion and the motions for re-appointment of counsel and a guardian ad litem will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to re-appoint counsel, motion to appoint guardian ad litem, and motion for protective order (#65, #66, #67) are **DENIED** without prejudice.

Dated this  7th  day of November, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

1