UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| IRA HARRIS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 1:15-cv-140 SNLJ |
| vs. | ) | |
| | ) | PRO BONO VOLUNTEER |
| GARY KEMPKER, et al., | ) | SERVICE PANEL |
| | ) | APPOINTMENT |
| Defendant. | ) | |

## MEMORANDUM and ORDER

This matter is before the Court on plaintiff's motion for appointment of new counsel (#75). Plaintiff states that communications with his court-appointed counsel has deteriorated, and it appears his counsel agrees. Plaintiff's attorneys will be granted leave to withdraw.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of new counsel (#75) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall appoint counsel pursuant to the Plan for the Appointment of Pro Bono Counsel.

Dated this __7th__ day of March, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE