UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| IRA HARRIS, | ) |
| Plaintiff, | ) |
| | ) No. 1:15-cv-140 SNLJ |
| vs. | ) |
| GARY KEMPKER, et al., | ) |
| Defendant. | ) |

## MEMORANDUM and ORDER

This matter is before the Court on plaintiff's motion to file an amended complaint (#79), plaintiff's motion to supplement complaint (#84), and defendants' motion to strike the motion to supplement the complaint (#89).

Plaintiff has been appointed new counsel in this matter. His new counsel has been provided with a copy of the record, and counsel will be permitted time to investigate plaintiff's case and file an amended complaint. Plaintiff's motions will therefore be denied without prejudice. Defendants' motion will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions to amend and supplement the complaint (#79, #84) are **DENIED**.

**IT IS FURTHER ORDERED** that defendants' motion to strike is **DENIED** as moot.

Dated this 30th day of May, 2017.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

1